UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carrie Teager,<br><br>    Plaintiff,<br><br>v.<br><br>Green Tree Loan Servicing, LLC<br>c/o CT Corporation Service<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604,<br><br>    Defendant. | Case No.<br><br><br><br><br>**COMPLAINT**<br><br><br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiffs are residents of the State of Illinois.

4- Plaintiffs incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

5- Defendant is a corporation with its principal place of business in the State of Delaware.

6- Defendant acquired the Debt after default and is, therefore, subject to the FDCPA.

7- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

8- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

9- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

10- On or around June 14, 2014, Defendant telephoned Plaintiff to collect the Debt.

11- During this telephone call, Defendant failed to identify itself as a debt collector as required by the FDCPA.

12- Upon information and belief, Defendant telephoned Plaintiff several more times and failed to identify itself as a debt collector.

13- Upon information and belief, Defendant does not have reasonable procedures in place to ensure that Defendant and its agents identify themselves as debt collectors in compliance with the FDCPA.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692g by failing to identify itself as a debt collector during communications with a consumer.

## COUNT II

18- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692f by engaging in unfair and unconscionable practices to collect a debt.

## JURY DEMAND

20- Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

21- Plaintiffs pray for the following relief:

a.  Judgment against Defendant for Plaintiffs' actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b.  Judgment against Defendant for $2,000 in statutory damages ($1,000 for each plaintiff) for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c.  Judgment against Defendant for Plaintiffs' reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d.  Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiff*